THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VENUS WENSERITT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15 CV 10496 |
| | ) | |
| CASTINO PAINTING COMPANY, INC. | ) | |
| d/b/a CASTINO PAINTING & HOME | ) | Judge John W. Darrah |
| SERVICES, and Illinois corporation, | ) | |
| ROGER CASTINO, individually, and | ) | |
| CHRISTINE CASTINO, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF
VENUS WENSERITT IN ACCORDANCE WITH FED. R. CIV. P. 41(a)(1)(A)(ii)**

NOW COMES the Plaintiff, Venus Wenseritt by her attorneys, Paul D. Geiger and Ronald C. Dahms, and the Defendants, Castino Painting Company, Roger Castino and Christine Castino, by their attorneys, Mary Kay Morrissey and Emily R. Norris, and, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the following:

1. Plaintiff, Venus Wenseritt voluntarily dismisses this lawsuit with prejudice;

2. All matters in controversy between the parties have been fully compromised and settled;

3. The parties are to bear their own costs and fees in this action;

4. All dates set forth in scheduling Order entered on February 23, 2016, including pretrial conference set for March 1, 2017, and jury trial set forth March 6, 2017, are hereby stricken.

AGREED:

*s/ Paul D. Geiger*  
Paul D. Geiger  
Attorney for Plaintiff Elsie Pena  
Law Offices of Paul D. Geiger  
540 West Frontage Road, Suite 3020  
Northfield, Illinois 60093  

Date:  
March 30, 2016

*s/ Mary Kay Morrissey*  
Mary Kay Morrissey  
Attorney for Defendants  
Baugh Dalton, LLC  
135 South LaSalle, Suite 2100  
Chicago, Illinois 60603  

Date:  
March 30, 2016